IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MIRANDA COSGROVE and
CHRISTINA COSGROVE,

Plaintiffs,

v.

RODNEY D. MCCLURE et al.,

Defendants.                                             No. 13-cv-580-DRH-PMF

### ORDER

**HERNDON, District Judge:**

This matter comes before the Court for case management. On October 23, 2014 defendants filed a reply to response in opposition to their motion for ruling on appeal and to lift the stay for dispositive motions (Doc. 144). Local Rule 7.1 (c) states in part:

> Reply briefs are not favored and should be filed only in exceptional circumstances. The party filing the reply brief shall state the exceptional circumstances.

Here, none of the reply brief states the exceptional circumstances as to why a reply brief is needed. Thus, the Court **STRIKES** the reply.

**IT IS SO ORDERED.**

Signed this 30th day of October, 2014.

David R. Herndon
2014.10.30
14:54:37 -05'00'

District Judge
United States District Court