UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**MIRANDA COSGROVE et al,**

    Plaintiffs,

v.

**RODNEY D. MCCLURE et al,**

    Defendants.                      No. 13-cv-580-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Stipulation to Dismiss executed by the plaintiff and defendant.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Acknowledging the Stipulation entered on August 27, 2015 (Doc. 187), this case is **DISMISSED** with prejudice.

                                                **JUSTINE FLANAGAN,**
                                                **ACTING CLERK OF COURT**

                                          **BY:**     /s/*Caitlin Fischer*
                                                      **Deputy Clerk**

Dated:  August 27, 2015

Digitally signed by David R. Herndon
Date: 2015.08.27 10:41:08 -05'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT